# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT HOLLY, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STRYKER CORPORATION and | : | |
| STRYKER SALES CORPORATION, | : | No. 18-702 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **27th** day of **February 2019**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response, and Defendants' reply, and for the reasons provided in the Court's Memorandum dated February 27, 2019, it is **ORDERED** that:

1. Defendants' motion (Doc. No. 23) is **GRANTED.**

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**